UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

20 cv 834 (LAK)
& 93 cr 180 (LAK)

MAHMUD Abouhalima, Petitioner

v.

UNITED STATES OF AMERICA, Respondent

2-08-020

Court of appeal Docket # 16-2191
District Court Case # S9-93-cr-180

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 21 2020

MOTION TO CONSOLIDATE

Honorable Lewis A. Kaplan:

Comes Now, Petitioner Mahmud Abouhalima, Pro Se, File this motion to consolidate his motion, "case", with his other codefendants cases and in support states the Following:

1- In 1994 Petitioner was sentenced to 240 years imprisonment stemming from his 1993 conviction in the world Trade Center case. Included in his sentence was a 60 year term based on two counts, counts nine and ten, for violation of 18 USC 924(c) each of which resulted in 30 year sentences consecutive to each other and consecutive to the other nine counts.

2- The Predicate crime for count nine is a violation of 18 USC 111 (assault) and for counts ten is 18 USC 371 (conspiracy).

3- In June 2016 Petitioner Filed a Pro se motion in the united states court of appeals for the second circuit seeking permission

-1-

Memorandum Endorsement   Abouhalima v. United States, 20-cv-834 (LAK) [93-cr-180 (LAK)]

The defendant's motion to consolidate (DI 4) is denied.

SO ORDERED.

Dated:   February 21, 2020

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge