UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHMUD ABOUHALIMA                    4.20.020
            v.
UNITED STATES OF AMERICA

Case No. 20-cv-00834 (LAK)     93 Cr. 180 (LAK)

### CASE STATUS UPDATE

Petitioner moves this Honorable Court for Case status update where on February 4, 2020 the Honorable Lewis A. Kaplan, DJ signed an order directing the Government, in the above captioned case to file its response to Petitioner 2255 motion no later than April 6, 2020. Up to date Petitioner has not received any papers from the government if they filed any papers at all. Petitioner understand and fully aware of the nature of the current National emergency status where Petitioner too, is under total lock down in ADX supermax Prison. Petitioner respectfully request a case status update whether the government filed its response, asked for extension of time or simply the whole process is suspended for further notice.

Date 4.20.2020

Respectfully submitted
Abouhalima

Mahmud Abouhalima
Reg No. 28064-054
P.O. Box 8500
Florence, Co 81226

## CERTIFICATE OF SERVICE

I hereby certify the Foregoing document was Provided to BOP staff to be sent via USPS outgoing mail Pursuant to the Prison mailbox Rule to the United States District Court, Southern District of New York. A Copy of the Foregoing document was also sent to the United States Attorney's office For the Southern District of New York.

Date 4-20-2020

Respectfully submitted

Abouhalima

Mahmud Abouhalima
Reg No. 28064-054
P.O. Box 8500
Florence, Co 81226