UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED JUL 21 2020 PRO SE OFFICE

MAHMUD ABOUHALIMA,
    Movant

V.

UNITED STATES OF AMERICA,
    Respondant

20-cv-834 (LAK)

93-cr-180 (LAK)

MOTION TO ALTER OR AMEND THE JUDGMENT
PURSUANT TO Rule 59(e) Fed. R. Civ. P.

Comes Now Movant, Mahmud Abouhalima, Pro se, File this motion Pursuant to Rule 59(e) Fed. R. Civ. P. to alter or amend the Judgment on Count Nine in the above mentioned case and in support states the Following:

On July 09, 2020 movant received copy of memorandum and order, through mail, signed by U.S.D.J Lewis A. Kaplan on June 17, 2020 and Filed on 6/18/2020 (doc. 8) Concluding among other things that movant motion to vacate his conviction [93-cr-180, DI 934; 20-cr-834, DI] is granted as to Count Ten and denied as Count Nine. Count Nine charged movant under 18 U.S.C 924(c) as an enhanced Penalty to the Predicate offense for Count Eight assault on Federal official in violation of 18 U.S.C 111.

In his 6/18/2020 order, the Judge clearly indicated that he will resentence movant on Count Nine to the same 30 years. Movant now File this motion Pursuant to Rule 59(e) Fed. R. Civ. P. The 30 Years sentence in Count Nine should be void because it is

-1-

In violation of public law, 115-391, 132 stat, at 403 (a), Movant is resentenced (by the Amended Judgment) after the changes made to 18 U.S.C 924(c)(1)(c)(i) of title IV section 403(a) of the First Step Act of 2018. The changes made by the Congress in 924(c)(1)(A)(i)-(iii) carries 5 years with the use, 7 years if charged with brandshing and 10 years if charged with discharging. Here Count Nine charged movant by using and carrying destructive device in violation of 18 U.S.C 924(c). The 30 years sentence on Count Nine is also void because Procedural Due Process required that Movant receive Notice that he would remain subjected to two seperate Penalties when the Judge construed substantive assault on a Federal officer 18 U.S.C 111 and Count Nine 18 U.S.C 924(c)(3)(A) as one offense in his order on 6/18/2020 (Doc. 8). Movant was deprived of a Liberty interest arised from the Due Process Clause - U.S. Const. Amend V. Movant has Liberty interest to receive notice that the two statuts would be construed as one statute, without Movant enjoying the opportunity to be subjected to one Penalty.

Accordingly Movant is entitled to reduction of sentence on Count Nine to reflect the changes Congress made in Title IV section 403(a)(b) of the First Step Act of 2018 that 18, U.S.C 924(c) is no longer carry 30 years mandatory sentence.

-2-

Pursuant to 28 U.S.C 1746 I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection...

July 13, 2020                                    *Abouhalima*
DATE                                             Mahmud Abouhalima
                                                 Reg No. 28064-054
                                                 U.S. Penitentiary ADMAX
                                                 P.O. Box 8500
                                                 Florence, Co 81226

-3-

## CERTIFICATE OF SERVICE

I hereby certify the foregoing documents "Motion to alter or amend the Judgment and Notice of appeal" was provided to BOP staff to be sent via USPS outgoing mail pursuant to the "Prison Mailbox Rule" to the United States District Court, Attn: Clerk of the Court Southern District of New York and another copy was also sent to the United States Assistant Attorney's office for the S.D.N.Y.

July 13, 020
Date

Abouhalima
Mahmud Abouhalima
Reg No. 28064-054
U.S. Penitentiary - Max
P.O. Box 8500
Florence, CO 81226

Name: Mahmud Abouhalima
Reg. No.: 28064-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

Pro Se Intake

Special Mail,
Legal Mail

RECEIVED
JUL 21 2020
PRO SE OFFICE

Clerk of The Court
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007