United States of America

v.

Abouhalima Mahmud

Case No. 1:20-cv-00834 (LAK)
93-cr-180 (LAK)

United States District Court
For the S.D. NEW YORK

Dear CLERK of COURT:                                     10-07-020

I am Requesting copy of updated Ruling of Judge Lewis A. Kapplan on my pending motions in this court in reference to the above mentioned case --- I have not received any court mail informing me of the court ruling on my motions --- I am a Pro-se Prisoner under extreme condition of confinment ---

Mahmud Abouhalima
Reg No. 28064-054
U.S. Penitentiary - max
P.O. Box 8500
Florence, CO. 81226

2020 OCT 15 AM 10:28
RECEIVED
SDNY PRO SE OFFICE

Mahmud Abouhalima
Reg No. 28064-054
U.S. Penitentiary-max
P.O. Box 8500
Florence, CO 81226
10/7/20



DENVER CO 802
8 OCT 2020  PM 5 L

CLERK of Court
United States District Court
For the Southern District of
New York
500 Pearl street
New York, NY 10007

10007-133099

RECEIVED
SDNY PRO SE OFFICE
2020 OCT 15  AM 10:26

"special mail"
"legal mail" Pro Se