UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MAHMUD ABOUHALIMA
                    Movant,
        V.

UNITED STATES OF AMERICA
                    Respondant

20 Civ. 834  (LAK)

93 Cr. 180   (LAK)

## CASE STATUS UPDATE

Movant, mahmud Abouhalima, respectfully submits this motion Case status update as to his motion under F.R.C.P 59(e) (Civil Docket No. 13 ) and state the following :

1. Movant, as Pro se prisoner, submitted and filed his Rule 59(e) motion In this court Doc # 13 to modify this court Amendment judgment Doc # 962 in u.s v. Salameh 1:93-Cr-180 (LAK) as to the Fine and restitution to reflect the second Circuit modification of the fine and restitution in this case --.

2. The Government has filed its letter in response to movant's motion and did not object to alter this Court's Judgment in Doc # 962 --

3. up to today's date movant has not received or been informed on the court's Ruling to his motion in Doc # 13 --

10-27-020
_____
Date

Abouhalima
_____
mahmud Abouhalima
Reg No. 28064-054
P.o. Box 8500
Florence, Co 81226

CERTIFICATE OF SERVICE

I, Mahmud Abouhalime, hereby certify that this motion case status update was provided to Bop staff to be sent via usps outgoing mail pursuant to "prison mailbox Rule", to the United States District Court for the southern district of New York Attn clerk of the Court and A copy of this motion was also sent to the united states Attorney's office for the S.D.N.Y.

10 - 27 - 2020
_____
Date

Abouhalime
_____
Mahmud Abouhalima
Reg No. 28064-054
U.S. Penitentiary - max
P.O. Box 8500
Florence, Co 81226

Mahmud Abouhalima
Reg No. 28064-054
U.S. Penitentiary-max
   P.o. Box 8500
Florence, Co 81226

RECEIVED
SDNY PRO SE OFFICE
2020 NOV -4  AM 11: 17

Pro Se

2020 NOV -2  PM 2: 17
CLERK'S OFFICE
S.D.N.Y.

SDNY

" SPECIAL MAIL "
  LEGAL MAIL



CLERK
united states  District Court
For the Southern District of New York

500 Pearl street

New York, New York  10007

1000731330 C014