N.Y.S.D. Case #
20-cv-0834(LAK)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of November, two thousand twenty.

_____

Mahmud Abouhalima,

      Petitioner - Appellant,

v.

United States of America,

      Respondent - Appellee.

_____

**ORDER**

Docket No. 20-2327

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 25 2020

      Appellant, *pro se*, moves to stay the appeal until the district court issues a ruling on his pending Fed. R. Civ. P. 59(e) motion filed on August 13, 2020.

      IT IS HEREBY ORDERED that the motion to stay is GRANTED. The appeal shall be held in abeyance pending the district court's ruling on the Rule 59(e) motion. *See* Fed R. App. P. 4(a)(4).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/25/2020