MEMO ENDORSED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MAHMUD ABOUHALIMA,
Plaintiff

UNITED STATES OF AMERICA
Respondant


RECEIVED AUG 12 2020 PRO SE OFFICE

Case Number: 1:(S5) 93-CR-180-003 (LAK)

District Court No: 20-CIV-834 (LAK)

MOTION TO ALTER OR AMEND

THE JUDGMENT PURSUANT TO Rule 59(e) Fed. R. Civ. P.

*Denied. This is mooted by entry of a forthwith amended judgment. Dkt 993-93-cr-180*

SO ORDERED
11/23/2020
LEWIS A. KAPLAN, USDJ

Comes Now, movant, Mahmud Abouhalima -Pro-Se- File this motion as a follow up to his early motion to alter or amend this court Amendment Judgment pursuant to Rule 59(e) Fed. R. Civ. P. and state the following:

1- On June 18, 2020 Judge Lewis A. Kaplan D.J. issued his memorandum and order in the above mentioned case granting movant 2255 motion to dismiss count ten and denied count nine and denied movant certificate of appealability DOC. # 8

2- On July 9, 2020 Movant received copy of the court memorandum and order Doc.#8 and On or about July 13, 2020 movant filed his motion to alter or amend the Judgment pursuant to rule 59(e) F.R. Civ. P requesting the court to amend the judgment as to count nine No longer carry the 30 years

-1-