UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against-

MAHMUD ABOUHALIMA,

        Defendant.
------------------------------------------x

**MEMO ENDORSED**

93-cr-180 (LAK)
(20-cv-834 (LAK))

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-29-21

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendant's motion to alter or amend his judgment as to Count Nine [93-cr-180, DI 966 at ECF 2; 20-cv-834, DI 9] is denied substantially for the reasons set forth by the government's response its letter of August 13, 2020 [DI 974].

        SO ORDERED.

Dated:      September 8, 2020

                                  Lewis A. Kaplan
                             United States District Judge

*Certificate of appealability denied*

SO ORDERED

LEWIS A. KAPLAN, USDJ

4/26/21